```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE KEMP,

                Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

                Defendant.

No. 20 Civ. 2270 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    Upon a review of the moving papers, it is hereby ordered that pursuant to Local Civil Rule 1.4, Plaintiff's request for Saranicole Duaban to Withdraw as Counsel for Plaintiff is hereby GRANTED. The Court notes that Plaintiff continues to be represented by Megan Goddard and Stephen Bergstein.

Dated:    March 18, 2021
            White Plains, New York

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE