

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2021
```

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Shawn Matthew Clark
212.497.6840 direct
212.583.9600 main
smclark@littler.com

April 14, 2021

**VIA ECF AND FACSIMILE (914-390-4179)**

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Kemp v. Regeneron Pharmaceuticals, Inc.*
      Case No. 20-cv-02270 (NSR) (JCM)

Dear Judge Roman:

> Defendant's second request for an extension to the summary judgment briefing schedule (to which Plaintiff consents) is granted as follows: moving papers shall be served (not filed) May 7, 2021; opposition papers shall be served (not filed) June 7, 2021; reply papers shall be served June 28, 2021. All motion papers shall be filed on the reply date, June 28, 2021. Parties shall provide two hard courtesy copies of all motion papers to Chambers as the papers are served upon the adversary. FINAL EXTENSION.
> The Clerk of Court is directed to terminate the motion at ECF No. 25.
>
> Dated: April 14, 2021
> White Plains, NY
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

       As counsel for Defendant Regeneron Pharmaceuticals, Inc., we write, in accordance with Rule 1.E of Your Honor's Individual Practices in Civil Cases, to request a further extension of Defendant's time to file its motion for summary judgment from April 16, 2021 to May 7, 2021. The undersigned has been working diligently to review the factual record and finalize the motion papers, but the factual record is voluminous, and I was unavailable for a portion of last week because of an family health emergency that required surgery and a hospital stay.

       This is Defendant's second request for an extension of its time to file a summary judgment motion. Yesterday, counsel for the parties conferred via email, and Plaintiff consented to Defendant's request. The parties agreed on the following revised briefing schedule:

| | |
|---|---|
| May 7, 2021: | Defendant's deadline to serve (not file) its motion for summary judgment; |
| June 7, 2021: | Plaintiff's deadline to serve (not file) her opposition to Defendant's summary judgment motion; and |
| June 28, 2021: | Defendant's deadline to serve its reply and all parties' deadline to file all motion documents. |

       In accordance with Your Honor's Individual Practices we enclose a Proposed Revised Briefing Schedule with Respect to Defendant's Motion for Summary Judgment. We thank the Court for its consideration of this request and the attached proposed order.

Respectfully submitted,

*/s/ Shawn Matthew Clark*

Enclosure

cc:   All counsel of record (via ECF)

littler.com